IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY R. WISDOM,          ) | |
|          ) | |
|      Plaintiff,          ) | |
|          ) | |
| v.          ) | |
|          ) | No. 2:12-cv-02850-JPM-cgc |
| FIRST ASSEMBLY CHRISTIAN ) | |
| SCHOOL,          ) | |
|          ) | |
|      Defendant.          ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (ECF No. 23), filed October 30, 2013, all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 1st day of November, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE